# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. **14-20470-CR-MORENO**

18 U.S.C. § 1015(e)

MAGISTRATE JUDGE
O'SULLIVAN

**UNITED STATES OF AMERICA**

**vs.**

**ROBERT PAUL MCRAY,**

    **Defendant.**

_____/



FILED by _____ C.

JUN 27 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S.D. of FLA. – MIAMI

## INDICTMENT

The Grand Jury charges that:

On or about March 14, 2014, in Miami-Dade County, in the Southern District of Florida, the defendant,

### ROBERT PAUL MCRAY,

an alien, did knowingly make a false statement and claim that he was a citizen of the United States, with the intent to obtain on behalf of himself a State benefit, in that the defendant presented a birth certificate from the State of New York in the name of "J.W.R." as proof of his identity, to induce and secure the issuance of a State of Florida Driver License, in violation of Title 18, United States Code, Section 1015(e).

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
MONICA M. BEAMER
SPECIAL ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

ROBERT PAUL MCRAY,

Defendant.
_____/

CASE NO. _____

CERTIFICATE OF TRIAL ATTORNEY*

Superseding Case Information:

**Court Division**: (Select One)

_x_ Miami ____ Key West
____ FTL ____ WPB ____ FTP

New Defendant(s)        Yes ____    No ____
Number of New Defendants    _____
Total number of counts      _____

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:    (Yes or No)    No___
     List language and/or dialect    English_____

4.   This case will take    _2-3_    day for the parties to try.

5.   Please check appropriate category and type of offense listed below:

|  | (Check only one) |  |  | (Check only one) |  |
|---|---|---|---|---|---|
| I | 0 to 5 days | _x_ | | Petty | |
| II | 6 to 10 days | | | Minor | |
| III | 11 to 20 days | | | Misdem. | |
| IV | 21 to 60 days | | | Felony | _x_ |
| V | 61 days and over | | | | |

6.   Has this case been previously filed in this District Court?  (Yes or No) _No_
     If yes:
     Judge: _____    Case No. _____
     (Attach copy of dispositive order)
     Has a complaint been filed in this matter?    (Yes or No)    _No_
     If yes:
     Magistrate Case No.    _____
     Related Miscellaneous numbers:    _____
     Defendant(s) in federal custody as of    _____
     Defendant(s) in state custody as of    _____
     Rule 20 from the _____    District of _____

Is this a potential death penalty case? (Yes or No)    _No_

7.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ____Yes   _X_ No

8.   Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ____Yes   _X_ No

_Monica M Beamer_
MONICA M. BEAMER
SPECIAL ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5501941

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**   ROBERT PAUL McRAY

**Case No:**

Count #:1

False Claim of United States Citizenship to Obtain a State Benefit

Title 18, United States Code, Section 1015(e)

**\*Max. Penalty:** 5 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**